**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  09-cv-02196-LTB-KMT

TAMPA J. WARDLOW,

      Plaintiff,

v.

STEPPING STONES LEARNING CENTER, INC.,
d/b/a PRIMROSE SCHOOL OF KEN CARYL,

      Defendant.
_____

**ORDER OF DISMISSAL**
_____


      THIS MATTER having come before the Court on the Plaintiff's Amended Motion to

Dismiss (Doc 4 - filed January 27, 2010), and the Court being fully advised in the premises,

it is therefore

      ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE,** each

party to pay their own fees and costs.

      IT IS FURTHER ORDERED that Plaintiff's Motion to Dismiss (Doc 3 - filed January

26, 2010) is DENIED AS MOOT.

                   BY THE COURT:


                   __s/Lewis T. Babcock_____
                   Lewis T. Babcock, Judge

DATED:   January 28, 2010